**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN 224018)
  bhur@willkie.com
SIMONA A. AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN 281668)
  esantacana@willkie.com
DAVID D. DOAK (SBN 301319)
  ddoak@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
  icorbo@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone: (415) 858-7400

Attorneys for Defendant
**GOOGLE LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER NEWTON, CHRISTA VITAL, SCOTT SCHUTZA on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, META PLATFORMS INC., a Delaware Corporation, GOOGLE LLC, a Delaware Limited Liability Company, and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. 3:24-cv-03625-EMC <br><br> **[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SEVER PLAINTIFFS' CLAIMS AGAINST GOOGLE LLC** <br><br> [*Proposed Order filed concurrently herewith*] <br><br> **CLASS ACTION** <br> Removed from Alameda  Superior Court Case No. 24CV073453 <br><br> Trial Date:            Not set <br> Current Action Filed: April 29, 2024 <br> Removal Filed:        June 14, 2024 <br><br> Honorable Edward M. Chen |
| JOHN DOE, JOHN DOE II, JANE DOE, JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, | **RELATED ACTION** <br> Case No. 3:23-cv-02865-EMC <br><br> SAC filed:      May 9, 2024 <br> Trial date:      October 27, 2025 |

|  |  |
|---|---|
| v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,<br><br>Defendants. |  |
| ALEXIS SUTTER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendant. | **RELATED ACTION**<br>Case No.: 3:24-cv-03352-EMC<br><br>Trial Date:          Not set<br>Current Action Filed:  June 4, 2024 |

### [PROPOSED] ORDER

Before the Court is Google LLC ("Google")'s Motion to Sever Plaintiffs' Claims Against Google LLC (the "Motion") and documents filed in connection with that Motion. The Court, having considered the papers and the pleadings on file, and good cause appearing, hereby **GRANTS** the Motion. Plaintiffs' claims against Google in this action are hereby severed.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Edward M. Chen
United States District Judge